UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: <br><br> MODERN CONTINENTAL <br> CONSTRUCTION CO., INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-14558 (WCH) |

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Please take notice that a hearing has been scheduled to consider confirmation of the *Plan of Liquidation of Modern Continental Construction Co., Inc., Debtor And Debtor-in-Possession* (the "Plan") [docket no. 963], a copy of which was previously served on you. This hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) at said hearing and at any adjourned hearing(s).

The hearing on confirmation of the Plan is scheduled for **Wednesday September 16, 2009** at **9:30 pm**, at the United States Bankruptcy Court for the District of Massachusetts, 1101 O'Neill Federal Building, 10 Causeway Street, Boston, MA 02222.

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. *See* MLBR 5071-1.

Modern Continental Construction Co., Inc.
By its counsel,

/s/ D. Ethan Jeffery
D. Ethan Jeffery (BBO #631941)
Hanify & King P.C.
One Beacon Street, 21st Floor
Boston, MA 02108-3107
Phone: (617) 423-0400
Fax: (617) 423-0498

Dated: August 31, 2009
::ODMA\PCDOCS\DOCS\538672\1