# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Modern Continental Construction Co.,    **Case Number:** 08-14558    **Ch:** 11

**Matter:**
    #963 Chapter 11 Plan of Reorganization filed by Debtor Modern Continental Construction Co., Inc.   (E. Jeffrey)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The court hereby amends the order dated 9/16/2009 document #1249.  A new amended plan filed.  A formal order will be submitted by 9/18/2009.

IT IS SO NOTED:    IT IS SO ORDERED:

                                   /s/ William C. Hillman

_____    _____Dated: 09/16/2009

Courtroom Deputy    William C. Hillman, U.S. Bankruptcy Judge