UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MODERN CONTINENTAL ) | |
| CONSTRUCTION CO., INC., ) | Case No. 08-14558 (WCH) |
| ) | |
| Debtor. ) | |

NOTICE OF (1) CONFIRMATION OF PLAN OF LIQUIDATION OF MODERN CONTINENTAL CONSTRUCTION CO., INC., DEBTOR AND DEBTOR-IN-POSSESSION, (2) EFFECTIVE DATE, AND (3) DEADLINES FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, PROFESSIONAL FEE CLAIMS, AND CERTAIN LEASE AND CONTRACT REJECTION CLAIMS

**PLEASE TAKE NOTICE THAT:**

1. *Confirmation of Plan*. By order dated September 16, 2009 (the "Order"), the United States Bankruptcy Court for the District of Massachusetts (the "Court") confirmed the *Plan of Liquidation of Modern Continental Construction Co., Inc., Debtor and Debtor-in-Possession, as Modified September 16, 2009* (the "Plan"). The Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 1101 Thomas P. O'Neill Federal Office Bldg., 10 Causeway Street, Boston, MA 02222-1074 and copies of the Order may be obtained upon request to the Debtor's counsel, Hanify & King, Professional Corporation, One Beacon Street, 21st Floor, Boston, Massachusetts, Attn: D. Ethan Jeffery, Esq., Email: dej@hanify.com.

2. *Effective Date; Distribution*. The Debtor (as defined in the Plan) has established **Monday, September 28, 2009,** as the effective date of the Plan (the "Effective Date"). Creditors holding Allowed Claims against the Debtor's estate as of September 16, 2009, which is the distribution record date for purposes of the Plan, will be entitled to receive Distributions in accordance with the terms of the Plan. Equity Interests (as defined in the Plan) in the Debtor are deemed cancelled as of the Effective Date without payment of any monies or other consideration.

3. *Administrative Expense Claim Bar Date*. In accordance with Paragraph 3 of the Order, any and all applications for reimbursement of expenses incurred before the Effective Date and all other requests or claims for payment of Administrative Expense Claims incurred before the Effective Date under Section 507(a)(1) or 507(b) of the Bankruptcy Code other than the Professional Fee Claims, shall be filed with the Bankruptcy Court on or before thirty (30) days after the Effective Date, *i.e.*, **Wednesday, October 28, 2009** (the "Administrative Expense Claim Bar Date") and must be the subject of a request filed with the Clerk, Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 1101 Thomas P. O'Neill Federal Office Bldg., 10 Causeway Street, Boston, MA 02222-1074, and served upon the undersigned counsel to the Debtor so as to be received by the Administrative Expense Claim Bar Date. Any request for payment of an Administrative Expense Claim that is subject to the Administrative Expense Claim Bar Date and that is not filed and served on or before

the Administrative Expense Claim Bar Date shall be forever barred; any party that seeks payment of Administrative Expense Claim and that (i) is required to file a request for payment of such Administrative Expense Claim and (ii) does not file and serve such a request by the deadline established herein shall be forever barred from asserting such Administrative Expense Claim against the Debtor, the Reorganized Debtor, the Debtor's estate or any of their respective properties.

    4.    *Professional Fee Claims*. In accordance with Paragraph 4 of the Order, all applications for final compensation and reimbursement of Professional Fee Claims incurred before the Effective Date shall be filed on or by the Administrative Expense Claim Bar Date, , *i.e.*, **Wednesday, October 28, 2009**, unless otherwise ordered by the Court, and must be filed with the Clerk, Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 1101 Thomas P. O'Neill Federal Office Bldg., 10 Causeway Street, Boston, MA 02222-1074, and served upon the undersigned counsel to the Debtor, so as to be received by the Administrative Expense Claim Bar Date. Any such application shall also include fees and expenses incurred on or after the Effective Date in preparing the application and attending any hearing on the same, to the extent requested by the applicant.

    5.    *Contract/Lease Rejection Claims*. All Claims arising from the rejection of executory contracts or unexpired leases under the Plan must be filed with the Clerk, Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 1101 Thomas P. O'Neill Federal Office Bldg., 10 Causeway Street, Boston, MA 02222-1074, and served upon the undersigned counsel to the Debtor and counsel to the Liquidating Supervisor on or before thirty (30) days following the Confirmation Date, *i.e.*, **Friday, October 16, 2009**. Any such Rejection Claims that are not filed and served within such time shall be forever barred from assertion against the Debtor, the Reorganized Debtor, the estate or any of their respective properties, and shall not share in any Distributions under the Plan.

Dated: September 28, 2009

/s/ Christian J. Urbano
Harold B. Murphy (BBO #326610)
D. Ethan Jeffery (BBO #631941)
Christian J. Urbano (BBO #644471)
HANIFY & KING,
Professional Corporation,
One Beacon Street, 21st Floor
Boston, MA 02108
Tel: (617) 423-0400
Fax: (617) 423-0498
Email: cju@hanify.com

541729-v1